| STATE OF NORTH CAROLINA | FILED DATE: September 9, 2025 TIME: 1:13:16 PM | File No. 25CV005528-100 |
|---|---|---|
| Buncombe County | BUNCOMBE COUNTY CLERK OF SUPERIOR COURT BY: C. Garrett | In The General Court Of Justice District Court Division |

**Name And Address Of Plaintiff 1**
Orion Christy
2105 Pisgah Hwy
Candler, NC 28715

**Name And Address Of Plaintiff 2**

## DOMESTIC CIVIL ACTION COVER SHEET
☐ INITIAL FILING   ☐ SUBSEQUENT FILING

Rule 5(b), Rules of Practice For Superior and District Courts

**VERSUS**

**Name Of Defendant 1**
Federal Emergency Management Agency (FEMA)
Office of Chief Counsel
500 C Street SW
Washington DC, 20472

Summons Submitted ☐ Yes ☒ No

**Name Of Defendant 2**

Summons Submitted ☐ Yes ☐ No

**Jury Demanded In Pleading?** ☐ No ☒ Yes

**Name And Address Of Attorney Or Party, If Not Represented**

Telephone No. | Cellular Telephone No.

NC Attorney Bar No. | Attorney E-Mail Address

☐ Initial Appearance in Case   ☐ Change of Address

Name Of Firm

Counsel for ☐ All Plaintiffs ☐ All Defendants ☐ Only (List party(ies) represented)

FAX No

### TYPE OF PLEADING
(check all that apply)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Answer/Reply (ANSW-Response)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNFJ)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim vs. (CTCL) Assess Counterclaim Costs
- ☐ Extend Time For An Answer (MEOT-Response)
- ☐ Modification Of Alimony (MALI)
- ☐ Modification Of Custody (MCUS)
- ☐ Modification Of Support in non-IV-D cases (MSUP)
- ☐ Modification Of Visitation (MVIS)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Vacate/Modify Judgment or Order (VCMD)
- ☐ Other (OTHR):

### CLAIMS FOR RELIEF
(check all that apply)
- ☐ Alimony (ALIM)
- ☐ Annulment (ANUL)
- ☐ Child Support (CSUP)
- ☐ Custody (CUST)
- ☐ Divorce (DIVR)
- ☐ Divorce From Bed And Board (DIVB)
- ☐ Domestic Violence (DOME)
- ☐ Equitable Distribution (EQUD)
- ☐ Medical Coverage (MEDC)
- ☐ Paternity (PATR)
- ☐ Possession Of Personal Property (POPP)
- ☐ Post Separation Support (PSSU)
- ☐ Reimbursement For Public Assistance (RPPA)
- ☐ Visitation (VIST)
- ☒ Other: (specify and list separately)
  Disability Discrimination, Denial of Federally Mandated Relief under Stafford Act, ADA Violations, Criminal Negligence

**RECEIVED** SEP - 9 2025 U.S. Attorney's Office Asheville, NC

Date: 9/9/2025

Signature Of Attorney/Party

NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include a Domestic (AOC-CV-750), Motions (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

AOC-CV-750, Rev. 1/14
© 2014 Administrative Office of the Courts


GOVERNMENT EXHIBIT A

Orion Christy

2105 Pisgah Hwy

Candler, NC 28715

orion.christy@gmail.com

(386) 503-3927

September 9, 2025

To Whom It May Concern:

Please find enclosed a copy of the filed Summons and Complaint in the matter of **Orion Christy v. Federal Emergency Management Agency (FEMA)**, filed in the Superior Court Division of Buncombe County, North Carolina.

    As a chronically disabled person with extremely limited resources and insurmountable complications, I bore witness to extreme discrimination and criminal misconduct by FEMA, in its efforts to egregiously mislead and then mistreat my situation. I am, literally, facing bankruptcy at the hands of the financial burden threust upon me, by first, the unprecedented storm damage, and then by FEMA'S response, or lack thereof, to the well documented, cataloged, and then ignored/dismissed damages and misuse of relief - despite my multiple appeals and congressional intervention. This is, literally, my last possible avenue of assistance.

This mailing is being provided in accordance with the rules of civil procedure for service of process on the following entity:

Federal Emergency Management Agency (FEMA)

Office of Chief Counsel

500 C Street SW

Washington, DC 20472

The documents enclosed include:

- A copy of the Civil Summons (CV-100)

- A copy of the filed Complaint

These materials are being served via Certified Mail, Return Receipt Requested

as permitted under North Carolina Rules of Civil Procedure and applicable federal law

for service on federal agencies.

Should you have any questions or require further information, you may contact me

directly at the address or email listed above.

Sincerely,

*[signature]*

---

Orion Christy

Pro Se Plaintiff

| STATE OF NORTH CAROLINA | File No. 25CV005528-100 |
|---|---|
| Buncombe County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

**Name Of Plaintiff**
Orion Christy
**Address**
2105 Pisgah Hwy
**City, State, Zip**
Candler, NC 28715

VERSUS

**Name Of Defendant(s)**
Federal Emergency Management Association (FEMA)

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

**Name And Address Of Defendant 1**
FEMA
500 C Street SW
Washington, DC 20472

**Name And Address Of Defendant 2**

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued 9/9/2025 | Time 1:11 ☐ AM ☒ PM |
|---|---|---|
| | Signature Cody Garrett | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|
| Signature | |
| ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | AM / PM | Name Of Defendant |
|---|---|---|---|
|  |  | ☐ AM ☐ PM |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | AM / PM | Name Of Defendant |
|---|---|---|---|
|  |  | ☐ AM ☐ PM |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ |  |
| Date Received | Name Of Sheriff (type or print) |
|  |  |
| Date Of Return | County Of Sheriff |
|  |  |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

IN THE GENERAL COURT OF JUSTICE

25CV005528-100

SUPERIOR COURT DIVISION

STATE OF NORTH CAROLINA

COUNTY OF BUNCOMBE

FILED
DATE: September 9, 2025
TIME: 1:10:25 PM
BUNCOMBE COUNTY
CLERK OF SUPERIOR COURT
BY: C. Garrett

Orion Christy

2105 Pisgah Hwy

Candler, NC 28715

Plaintiff,

v.

Federal Emergency Management Agency (FEMA)

500 C Street SW

Washington, DC 20472

Defendant.

COMPLAINT

1. Plaintiff is a resident of Buncombe County, North Carolina, and is a chronically disabled individual receiving federal assistance.

2. Defendant, the Federal Emergency Management Agency (FEMA), is a federal agency responsible for administering disaster relief programs under the Stafford Act and other federal statutes.

3. This Court has subject matter jurisdiction over this case pursuant to North Carolina law and proper venue lies in Buncombe County.

4. Plaintiff filed for FEMA disaster assistance under Disaster Number 4827, Application ID #63-4737984, in response to damages incurred during Tropical Storm Helene.

5. Plaintiff complied with all FEMA requests, submitted required documentation, and repeatedly clarified the necessity of assistance for disaster-damaged items: a perimeter fence, refrigerator, and wood

stove—all of which are essential due to the plaintiff's documented disabilities.

6. FEMA denied assistance, citing inapplicable general provisions and incorrectly stating that the plaintiff withdrew their application—an assertion that is demonstrably false, as confirmed by text and written communications.

7. FEMA's refusal to process or approve this aid constitutes:

a. Discrimination under Section 308 of the Stafford Act (42 U.S.C. § 5151)

b. Violation of reasonable accommodation rights under Section 504 of the Rehabilitation Act (29 U.S.C. § 794)

c. Violation of Title II of the Americans with Disabilities Act (42 U.S.C. § 12132)

d. Violation of the Administrative Procedure Act (5 U.S.C. §§ 701–706)

e. Violation of FEMA's own regulatory obligations under 44 C.F.R. §§ 206.110 and 206.119

8. FEMA's additional request for duplicate inspections, despite already receiving multiple assessments, constitutes harassment and further violates disability rights law by creating undue burden.

9. As a direct and proximate result of FEMA's actions and inactions, Plaintiff has suffered substantial financial harm, loss of safe and accessible housing accommodations, emotional distress, and violation of federally protected rights.

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in the amount of $120,000;

B. Declare FEMA's denial of assistance unlawful and discriminatory;

C. Order FEMA to issue the full amount of disaster relief for the denied items;

D. Award any other relief the Court deems just and proper.

Respectfully submitted,

_____  9/9/2025

Orion Christy

Plaintiff, Pro Se

2105 Pisgah Hwy

Candler, NC 28715

(386) 503-3927

orion.christy@gmail.com