IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-328-MR-WCM

ORION CHRISTY,                              )
                                           )
            Plaintiff,                     )
v.                                         )            ORDER
                                           )
FEDERAL EMERGENCY                          )
MANAGEMENT AGENCY,                         )
                                           )
            Defendant.                     )
_____

This matter is before the Court on Plaintiff's Motion to Expedite Mediation and for Early Court Hosted Settlement Conference (Doc. 28).

Defendant's deadline to file an answer or other response to Plaintiff's Second Amended Complaint is March 31, 2026.

Since the issues in this matter have not joined, it is unknown whether Plaintiff will be eligible to participate in the Pro Se Settlement Assistance Program. See LCvR 16.4 (c) (stating that upon the joinder of issues, the Clerk's Office will send the *pro se* litigant notice of the availability of the program).

In addition, while the parties may be required to participate in a settlement conference (other than or in addition to one conducted pursuant to the Pro Se Settlement Assistance Program) at some future point in this litigation, the undersigned is not persuaded that the parties should be required to engage in an early settlement conference at this juncture.

1

Accordingly, though the parties are free to engage in voluntary settlement discussions, the Motion (Doc. 28) is **DENIED**.

It is so ordered.

Signed: March 14, 2026

W. Carleton Metcalf
United States Magistrate Judge